RECEIVED
CHARLOTTE, N.C.

DEC 2 2 2005

U. S. Dist. Court
W. Dist. of N. C.

# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

BARRY W. THOMAS,                                )
                                                )
      Plaintiff,                             )
                                                )
v.                                              )        **Case No. 3:05CV507-C**
                                                )
LEVEL 3 COMMUNICATIONS, LLC, a                  )
Delaware limited liability company;             )
NETGEAR, INC., a California                      )
corporation, D-LINK SYSTEMS, INC., a            )
California corporation; CISCO                    )
SYSTEMS, INC., a California corporation,         )
AVAYA INC., a Delaware corporation; and          )
VONAGE AMERICA INC., a Delaware                  )
corporation;                                    )
                                                )
      Defendants.                            )

---

## ORDER GRANTING ADMISSION TO APPEAR AS COUNSEL PRO HAC VICE

---

This cause having come before the Court upon the Motion of R. Laurence Macon to appear as counsel pro hac vice for Defendant LEVEL 3 COMMUNICATIONS, LLC. The Court finding just grounds for said motion, it is hereby:

ORDERED that the Motion be and hereby is granted; and it is hereby further

ORDERED that R. Laurence Macon shall make payment to the Court as provided by Local Rule 83.1(B).

_____
JUDGE PRESIDING