IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

BARRY W. THOMAS, )
)
    Plaintiff, )
)
v. ) Case No. 3:05CV507-C
)
LEVEL 3 COMMUNICATIONS, LLC, a )
Delaware limited liability company; )
NETGEAR, INC., a California )
corporation, D-LINK SYSTEMS, INC., a )
California corporation; CISCO )
SYSTEMS, INC., a California corporation, )
AVAYA INC., a Delaware corporation; and )
VONAGE AMERICA INC., a Delaware )
corporation; )
)
    Defendants. )

*RECEIVED CHARLOTTE, N.C. DEC 2 2 2005 Clerk, U.S. Dist. Court W. Dist. of N.C.*

## ORDER GRANTING ADMISSION TO APPEAR AS COUNSEL PRO HAC VICE

This cause having come before the Court upon the Motion of Theodore C. Schultz to appear as counsel pro hac vice for Defendant LEVEL 3 COMMUNICATIONS, LLC. The Court finding just grounds for said motion, it is hereby:

ORDERED that the Motion be and hereby is granted; and it is hereby further

ORDERED that Theodore C. Schultz shall make payment to the Court as provided by Local Rule 83.1(B).

_____
JUDGE PRESIDING