UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| BARRY W. THOMAS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LEVEL 3 COMMUNICATIONS, LLC; )<br>D-LINK SYSTEM, INC.; CISCO SYSTEMS, )<br>INC.; AVAYA INC.; and VONAGE )<br>AMERICA, INC., )<br>)<br>Defendants. )<br>_____) | CASE NO. 3:05CV507-C |

**ORDER GRANTING ADMISSION PRO HAC VICE**
**TO COUNSEL FOR DEFENDANT CISCO SYSTEMS, INC.**

THIS CAUSE having come before the Court on motion of local counsel for Defendant Cisco Systems, Inc. for admission pro hac vice of Louis Norwood Jameson, Matthew Christopher Gaudet, and Matthew Sean Yungwirth, and it appearing to the Court under Local Rule 83.1(B) that such counsel should be admitted pro hac vice as representing Defendant Cisco Systems, Inc.

IT IS THEREFORE ORDERED that the motion is granted and that such counsel are admitted to practice before this Court pro hac vice.

IT IS FURTHER ORDERED that Louis Norwood Jameson, Matthew Christopher Gaudet, and Matthew Sean Yungwirth shall pay to the Court the fees required by Local Rule 83.1(B).

**Signed: January 13, 2006**

---
David C. Keesler
United States Magistrate Judge