IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO: 3:05CV507

| | |
|---|---|
| BARRY W. THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| LEVEL 3 COMMUNICATIONS, LLC, a Delaware limited liability company; NETGEAR, INC., a California corporation, D-LINK SYSTEMS, INC., a California corporation; CISCO SYSTEMS, INC., a California corporation, AVAYA INC., a Delaware corporation; and VONAGE AMERICA, INC., a Delaware corporation; | ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## ORDER GRANTING DEFENDANT AVAYA, INC.'s
## MOTION FOR ADMISSION PRO HAC VICE OF ERIC HUANG

**THIS MATTER IS BEFORE THE COURT** upon the Motion for Admission *Pro Hac Vice* filed by Avaya, Inc. seeking the admission of Eric Huang of the firm Quinn Emanuel Urquhart Oliver & Hedges LLP of New York. Avaya, Inc. seeks to have Mr. Huang be admitted to appear as counsel for defendant Avaya, Inc., in the above-captioned civil action. It appears to the Court that the Motion should be allowed.

**IT IS, THEREFORE, ORDERED** that Eric Huang be granted special admission to the Bar of this Court and that he be allowed to appear in this civil action as attorney of record for the defendant Avaya, Inc. Mr. Huang should submit the appropriate fee to the Clerk.

Signed: February 1, 2006

David C. Keesler
United States Magistrate Judge