IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO: 3:05CV507

| | |
|---|---|
| BARRY W. THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| LEVEL 3 COMMUNICATIONS, LLC, a Delaware limited liability company; NETGEAR, INC., a California corporation, D-LINK SYSTEMS, INC., a California corporation; CISCO SYSTEMS, INC., a California corporation, AVAYA INC., a Delaware corporation; and VONAGE AMERICA, INC., a Delaware corporation; | ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## ORDER GRANTING DEFENDANT AVAYA, INC.'s MOTION FOR ADMISSION PRO HAC VICE OF KEVIN P.B. JOHNSON and EDWARD J. DEFRANCO

**THIS MATTER IS BEFORE THE COURT** on Defendant Avaya, Inc.'s Motion for Admission *Pro Hac Vice* of Kevin P.B. Johnson and Edward J. DeFranco.

Upon careful review and consideration, the Motion is **GRANTED**.

In accordance with Local Rule 83.1(B), Kevin P.B. Johnson and Edward J. DeFranco are directed to pay the admission fee of One Hundred and No/100 Dollars ($100.00) each to the Clerk of Court within ten (10) days from the date of the filing of this Order.

Signed: February 2, 2006

David C. Keesler
United States Magistrate Judge