IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
3:05-CV-00507

| | |
|---|---|
| BARRY W. THOMAS,<br><br>    Plaintiff,<br><br>v.<br><br>LEVEL 3 COMMUNICATIONS, LLC, a Delaware limited liability company; NETGEAR, INC., a California corporation; D-LINK SYSTEMS, INC. a California corporation; Avaya Inc., a Delaware corporation; and VONAGE AMERICA INC., a Delaware corporation;<br><br>    Defendants. | **ORDER GRANTING ADMISSION**<br>*PRO HAC VICE* |

This matter having come before the Court on motion of local counsel for Defendant NETGEAR, Inc. for admission *pro hac vice* of Jennifer A. Ochs and it appearing to the Court under Local Rule 83.1(B) that such counsel should be admitted *pro hac vice* representing NETGEAR, Inc.

IT IS THEREFORE ORDERED that the motion is granted and that Jennifer A. Ochs is admitted to practice before this Court *pro hac vice*.

Signed: April 11, 2006

David C. Keesler
United States Magistrate Judge