# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| BARRY W. THOMAS,  )<br>    Plaintiff,  )<br>                )<br>  v.  )<br>                )<br>LEVEL 3 COMMUNICATIONS, LLC,  )<br>et al.,  )<br>    Defendants.  )<br>                ) | Civil Action No. 3:05cv507 |

## ORDER OF DISMISSAL

Upon joint motion of plaintiff Barry W. Thomas and defendant D-Link Systems, Inc., for an order of dismissal pursuant to a confidential settlement agreement, it is hereby ORDERED that the claims of plaintiff Barry W. Thomas against D-Link Systems, Inc., are **DISMISSED** with prejudice.

Each party shall bear its own costs and attorney fees attributable to the prosecution and defense of the claims against D-Link Systems, Inc.

Signed: April 26, 2006

_____
David C. Keesler
United States Magistrate Judge