IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| BARRY W. THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LEVEL 3 COMMUNICATIONS, LLC, a | ) | Case No. 3:05-CV-507-C |
| Delaware limited liability company; | ) | |
| NETGEAR, INC., a California corporation; | ) | |
| D-LINK SYSTEMS, INC., a California | ) | |
| corporation; CISCO SYSTEMS, INC., a | ) | |
| California corporation; AVAYA INC., a | ) | |
| Delaware corporation; and VONAGE | ) | |
| AMERICA INC., a Delaware corporation; | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER GRANTING ADMISSION TO APPEAR AS COUNSEL PRO HAC VICE

THIS CAUSE having come on before the Court upon the Motion of Barry Golob to appear as counsel pro hac vice for Defendant Vonage America Inc. The Court finding just grounds for said motion, it is hereby:

ORDERED that the Motion be and hereby is granted; and it is hereby further

ORDERED that Barry Golob shall make payment to the Court as provided by Local Rule 83.1(B).

Signed: May 11, 2006

_____
David C. Keesler
United States Magistrate Judge