IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| BARRY W. THOMAS, § § Plaintiff, § § v. § § LEVEL 3 COMMUNICATIONS, LLC, § NETGEAR, INC., D-LINK SYSTEMS, § INC., CISCO SYSTEMS, INC., AVAYA § INC., and VONAGE AMERICA, INC. § § Defendants. § § | CASE NO. 3:05-cv-507-C |

## **AGREED ORDER OF DISMISSAL**

CAME ON TO BE CONSIDERED the Agreed Motion To Dismiss With Prejudice of Barry W. Thomas ("Thomas") and Cisco Systems, Inc. ("Cisco"). The Court is of the opinion that the motion should be GRANTED.

IT IS THEREFORE ORDERED that the above-entitled cause and all claims made by Thomas against Cisco and all claims made by Cisco against Thomas therein are hereby DISMISSED with prejudice to the re-filing of same. All costs and expenses relating to this litigation (including attorney and expert fees and expenses) shall be borne solely by the party incurring same.

This is a final judgment.

AGREED ORDER OF DISMISSAL – Page 1

SIGNED this 13th day of June, 2006.

*[signature: Robert J. Conrad]*

HONORABLE ROBERT J. CONRAD, JR.
UNITED STATES DISTRICT JUDGE