IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| BARRY W. THOMAS,<br><br>      Plaintiff,<br><br>v.<br><br>LEVEL 3 COMMUNICATIONS, LLC, a Delaware limited liability company; NETGEAR, INC.; a California corporation, D-LINK SYSTEMS, INC.; a California corporation, CISCO SYSTEMS, INC.; a California corporation; AVAYA INC., a Delaware corporation; and VONAGE AMERICA INC., a Delaware corporation;<br><br>      Defendants. | CASE NO.: 3:05-CV-507-C<br><br>**JOINT STIPULATION AND ORDER STAYING PLAINTIFF THOMAS' ACTION AGAINST DEFENDANT NETGEAR INC.** |

Barry W. Thomas ("Thomas") and NETGEAR, Inc. ("NETGEAR"), through their respective counsel, hereby stipulate to entry of an order staying all claims against each other for the following reasons and upon the following terms and conditions:

WHEREAS, Plaintiff Thomas filed a complaint against NETGEAR on December 6, 2005 alleging that NETGEAR's Voice over Internet Protocol ("VOIP") products infringed U.S. Patent 4,777,354 ("the '354 patent");

WHEREAS, Defendant NETGEAR has denied infringement and counterclaimed for declaratory judgment of noninfringement and invalidity;

WHEREAS, there are eleven separate patent infringement actions involving the '354 patent pending before the Court, each case involving multiple defendants, and in the action against NETGEAR (Case No. 3:05-CV-507-C), Thomas also has pending patent infringement claims against Defendants Level 3 Communications, LLC; Cisco Systems, Inc.; Avaya Inc.; and Vonage America Inc.;

WHEREAS, Thomas and the other defendants have requested a claim construction hearing to construe the terms of the '354 patent;

WHEREAS, NETGEAR's total sales of the accused VOIP products are small vis-à-vis the other defendants;

WHEREAS, both NETGEAR and Thomas expect that settlement discussions would be more fruitful after the actions against the other defendants have been resolved and after the Court has entered a claim construction order for the other pending cases;

NOW, THEREFORE Thomas and NETGEAR, and their respective counsel of record hereby stipulate and request entry of the following order:

The present action filed by Plaintiff Thomas against Defendant NETGEAR shall be stayed until the following events have occurred:

(1) Final resolution of the present action between Plaintiff Thomas and Defendants Level 3 Communications, LLC; Cisco Systems, Inc.; Avaya Inc.; and Vonage America Inc.; and

(2) The Court has entered a claim construction order in one or more of the pending actions involving the '354 patent.

In the alternative, in the event that the eleven patent infringement actions involving the '354 patent are finally resolved between Thomas and all other defendants before the Court enters a claim construction order, then the present stay shall expire at that time.

**IT IS SO ORDERED.**

Signed: June 14, 2006

David C. Keesler
United States Magistrate Judge

**STIPULATED AS TO FORM:**

/s/ James M. Harrington
James M. Harrington
N.C. Start Bar No. 30005
The Harrington Practice PLLC
1905 J.N. Pease Place, Suite 202
Charlotte, NC 28262
Telephone: (704) 717-8767
Facsimile: (704) 717-8768
James.Harrington@HPrac.com

*Attorney for Barry W. Thomas.*
/s/ James L. Gale
James L. Gale
N.C. Start Bar No. 6160
SMITH MOORE LLP
2800 Two Hannover Square
P.O. Box 27525 (27611)
Raleigh, NC 27601
Telephone: 919.755.8700
Facsimile: 919.755.8800
jim.gale@smithmoorelaw.com

*Attorney for NETGEAR, Inc.*

**OF COUNSEL:**

Jennifer A. Ochs, Esq.
California State Bar No. 174069
jochs@wsgr.com
Christopher R. Parry
California State Bar No.209858
cparry@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto CA 94304
Telephone: 650.493.9300
Facsimile: 650.493.6811
*Attorneys for NETGEAR, Inc.*