IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

BARRY W. THOMAS,

    Plaintiff,

v.

CASE NO. 3:05-cv-507-C

LEVEL 3 COMMUNICATIONS, LLC,
NETGEAR, INC., D-LINK SYSTEMS, INC.,
CISCO SYSTEMS, INC., AVAYA INC., and
VONAGE AMERICA, INC.

    Defendants.

## AGREED ORDER OF DISMISSAL

CAME ON TO BE CONSIDERED the Agreed Motion To Dismiss With Prejudice of Barry W. Thomas ("Thomas") and Level 3 Communications, LLC ("Level 3"). The Court is of the opinion that the motion should be GRANTED.

IT IS THEREFORE ORDERED that the above-entitled cause and all claims made by Thomas against Level 3 and all claims made by Level 3 against Thomas therein are hereby DISMISSED with prejudice to the re-filing of same. All costs and expenses relating to this litigation (including attorney and expert fees and expenses) shall be borne solely by the party incurring same.

This is a final judgment.

Signed: July 5, 2006

_____
Robert J. Conrad, Jr.
Chief United States District Judge