# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:05-cv-507

| | |
|---|---|
| BARRY W. THOMAS,<br>    Plaintiff,<br><br>v.<br><br>LEVEL 3 COMMUNICATIONS, LLC, a Delaware limited liability company; NETGEAR, INC., a California corporation; D-LINK SYSTEMS, INC., a California corporation; CISCO SYSTEMS, INC., a California corporation; AVAYA INC., a Delaware corporation; and VONGAGE AMERICA INC., a Delaware corporation,<br>    Defendants. | ORDER |

**THIS MATTER** is before the Court pursuant to the Agreed Motion to Dismiss with Prejudice (Doc. No. 93) filed by Barry W. Thomas ("Thomas") and Netgear, Inc. ("Netgear").

**THEREFORE, IT IS HEREBY ORDERED** that:

1. the parties' motion is **GRANTED**;

2. all claims made by Thomas against Netgear and all claims made by Netgear against Thomas are hereby **DISMISSED WITH PREJUDICE**; and

3. all costs and expenses relating to this litigation (including attorney and expert fees and expenses) shall be borne solely by the party incurring the fees and expenses.

Signed: March 27, 2009

Robert J. Conrad, Jr.
Chief United States District Judge