# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Barry W. Thomas,

    Plaintiff(s),

vs.

Level 3 Communications, LLC et al,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:05cv507

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 3/27/2009 Order.

Signed: March 27, 2009

Frank G. Johns, Clerk
United States District Court